UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

91 S MAIN STREET, LLC, JOSEPH MOTTA, and KYLE O'HEHIR,

      Plaintiffs,

v.

STEADILY INSURANCE AGENCY, INC., TIMOTHY ALFORD, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

      Defendants.

---

Case No.:
3:24-cv-01559-VAB

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney enters his appearance in the above-captioned action as counsel for Defendants, STEADILY INSURANCE AGENCY, INC. and TIMOTHY ALFORD.

Dated: New York, New York
       November 4, 2024

                      CLAUSEN MILLER P.C.

                By:    /s/ Jacob R. Zissu
                          Jacob R. Zissu (ct29592)
                          *Attorneys for Defendants*
                          *STEADILY INSURANCE AGENCY, INC. and*
                          *TIMOTHY ALFORD*
                          28 Liberty Street, 39th Floor
                          New York, NY 10005
                          Ph. (212) 805-3943
                          Fx. (212) 805-3939
                          jzissu@clausen.com

To:    ALL ATTORNEYS OF RECORD VIA ECF