UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 91 S. MAIN STREET, LLC, JOSEPH MOTTA, and KYLE O'HEHIR : <br> Plaintiffs : <br> : <br> v. : <br> : <br> STEADILY INSURANCE AGENCY, INC., : <br> TIMOTHY ALFORD, and WESTCHESTER : <br> SURPLUS LINES INSURANCE COMPANY : <br> Defendants : <br> : | CASE NO.: 3:24-cv-1559 <br><br><br><br><br><br> APRIL 7, 2025 |

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

The parties in connection with the above captioned matter jointly request this Court to schedule a settlement conference before a Magistrate Judge. The parties have conferred and are in agreement that the Court should schedule a settlement conference for the parties to explore potential resolution of this matter.

THE PLAINTIFFS,
91 S. MAIN STREET, LLC,
JOSEPH MOTTA, and KYLE
O'HEHIR

BY:   */s/ Jon D. Biller*
Jon D. Biller
Fed. Bar # ct03546
Biller, Sachs, Robert & DeLaura
2750 Whitney Avenue
Hamden, CT 06518
Phone: (203) 281-1717
Fax: (203) 281-7887
attorneys@billerlawgroup.com

**THE DEFENDANT,**
**WESTCHESTER SURPLUS**
**LINES INSURANCE COMPANY**

By: */s/ Raymond T. DeMeo*
Raymond T. DeMeo
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
rdemeo@rc.com

**THE DEFENDANT,**
**STEADILY INSURANCE**
**AGENCY, INC.**
By: /s/*Matthew J. Van Dusen*
Matthew J. Van Dusen
Fed. Bar No. ct26520
Clausen Miller P.C.
28 Liberty Street, 39th Floor
New York, NY 10005
Phone (212) 805-3900
Fax: (212) 805-3939
mvandusen@clausen.com

## CERTIFICATION

I hereby certify that on April 7, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

       */s/ Jon D. Biller*
       Jon D. Biller