UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 91 S. MAIN STREET, LLC, JOSEPH MOTTA, and KYLE O'HEHIR<br>　　　Plaintiffs<br><br>v.<br><br>STEADILY INSURANCE AGENCY, INC., TIMOTHY ALFORD, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY<br>　　　Defendants | CASE NO.: 3:24-cv-1559<br><br><br><br><br><br>JUNE 12, 2025 |

## JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

The parties in connection with the above captioned matter jointly request this Court permit a postponement of the settlement conference currently scheduled for July 1, 2025 before the Court. The parties are requesting a postponement for approximately 3 weeks to July 21, 2025, July 25, 2025 or July 28, 2025 at the Court's discretion.

1. The parties remain interested in trying to resolve this matter.

2. The parties agreed to exchange discovery responses by a date certain and to thereafter conduct depositions prior to the settlement conference.

3. The discovery was delayed, and depositions have been delayed and likely will not take place until the end of June.

4. The parties anticipate that they will be ready for a meaning settlement conference and have jointly agreed to request a continuance from this Court.

5. Subject to the Court's availability, the parties propose the following alternative dates for the rescheduling of the settlement conference:

July 21, 2025
July 25, 2025
July 28, 2025

        THE PLAINTIFFS,
        91 S. MAIN STREET, LLC,
        JOSEPH MOTTA, and KYLE
        O'HEHIR

        BY:   */s/ Jon D. Biller*
        Jon D. Biller
        Fed. Bar # ct03546
        Biller, Sachs, Robert & DeLaura
        2750 Whitney Avenue
        Hamden, CT 06518
        Phone: (203) 281-1717
        Fax: (203) 281-7887
        attorneys@billerlawgroup.com


        THE DEFENDANT,
        WESTCHESTER SURPLUS
        LINES INSURANCE COMPANY

        By: */s/ Raymond T. DeMeo*
        Raymond T. DeMeo
        Robinson & Cole LLP
        One State Street
        Hartford, CT 06103
        Phone: 860-275-8200
        Fax: 860-275-8299
        rdemeo@rc.com

                            **THE DEFENDANT,**
                            **STEADILY INSURANCE**
                            **AGENCY, INC.**

By: /s/*Matthew J. Van Dusen*
Matthew J. Van Dusen
Fed. Bar No. ct26520
Clausen Miller P.C.
28 Liberty Street, 39th Floor
New York, NY 10005
Phone (212) 805-3900
Fax: (212) 805-3939
mvandusen@clausen.com

## CERTIFICATION

    I hereby certify that on June 12, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                            */s/ Jon D. Biller*
                            Jon D. Biller